FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Empire State Forest Products Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of NAHSHON JACKSON, Appellant, v WILLIAM C. DONNINO, Respondent.

In the Matter of DEBORA JACKSON et al., Petitioners, v MICHAEL CAPRA, Respondent. NAHSHON JACKSON, Nonparty-Appellant.

Submitted December 14, 2015; decided February 18, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge GARCIA taking no part.